IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>    v.<br>ARIEL ANTONIO GAETE-ROIG,<br>et al.,<br>               Defendants. | CR. No. S-05-155 LKK<br><br>TIME EXCLUSION ORDER |

Upon motion of both parties, the Court continues the next status conference in this case to October 18, 2005 at 9:30 a.m.. Robert Forkner substituted as counsel for Eduardo Zazueta Garcia on September 7, 2005. According to the counsel, such continuance is necessary for counsel adequately to review the discovery provided by the government, to conduct further investigation, and to consider possible resolution of the case. Thus, the requested continuance is for effective and diligent preparation.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv), and time, therefore, will be excluded from September 27, 2005 through October 18, 2005.

DATE: October 3, 2005                   /s/ Lawrence K. Karlton
                                                HON. LAWRENCE K. KARLTON
                                                U.S. DISTRICT JUDGE